UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EUGENE HARIG and
DIANE HARIG,

CIVIL NO. 01-2350 (DWF/AJB)

Plaintiffs,

v.

ORDER

ALLIED-SIGNAL, INC., API, INC.,
AH BENNETT COMPANY, BORG WARNER
CORP., DANA CORPORATION, MACARTHUR
COMPANY, MOOG AUTOMOTIVE and
NATIONAL AUTOMOTIVE PARTS ASSOC..,

Defendants.

The above matter is in the process of being reassigned to District Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan. Therefore, the pretrial conference scheduled before the undersigned for February 6, 2002 is canceled.

Dated: January 30, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK